W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
**PATTON & KIRALY, P.C.**
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
(702) 870-6790 - *Phone*
(702) 870-7490 - *Facsimile*
rpatton@pattonkiraly.com

*Attorneys for Defendant*
*AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAIN ELLSWORTH, an individual, LISA ELLSWORTH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-01686 |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between KEEN L. ELLSWORTH, ESQ. of ELLSWORTH & BENNION, CHTD., attorney for Plaintiffs, DAIN ELLSWORTH and LISA ELLSWORTH, and W. RANDOLPH PATTON, ESQ. of PATTON & KIRALY, P.C., attorney for Defendant, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, that the above entitled matter may be dismissed, with prejudice, each of the parties to bear their own costs and fees herein incurred.

. . .

. . .

There has been no trial date set nor Request for Trial Setting filed in this matter, nor has a Scheduling Order issued.

DATED: 2-26-13

**PATTON & KIRALY, P.C.**

W. RANDOLPH PATTON, ESQ.
Nevada Bar No. 000365
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV 89102
*Attorney for Defendant AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*

DATED: 2/15/13

**ELLSWORTH & BENNION, CHTD.**

KEEN L. ELLSWORTH, ESQ.
Nevada Bar No. 004981
777 N. Rainbow Blvd., Suite 270-S
Las Vegas, NV 89107
*Attorneys for Plaintiffs DAIN ELLSWORTH and LISA ELLSWORTH*

**ORDER**

WHEREAS it appearing to the satisfaction of the court that the parties hereto have stipulated by and through their respective counsel that the above-entitled matter be dismissed with prejudice, all sides to bear their own costs and fees, and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice, each side to bear their own costs and fees incurred herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this matter has not been assigned to a trial stack.

IT IS SO ORDERED this 28th day of February, 2013.

______________________________
**DISTRICT COURT JUDGE**

SUBMITTED BY:

**PATTON & KIRALY, P.C.**

By:______________________________

W. RANDOLPH PATTON, ESQ.
Nevada Bar No.: 000365
3016 West Charleston Blvd., Suite 195
Las Vegas, Nevada 89102
*Attorney for Defendant AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*